IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDREA DIXON, as Personal Representative of the ESTATE OF MAURICE JACKSON, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>THE EDGEWOOD GROUP LIMITED PARTNERSHIP, etc., *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION 20-0491-WS-MU<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter comes before the Court on the parties' Joint Notice of Arbitration Agreement and to Stay Proceedings (doc. 19), as well as their Joint Stipulation of *Pro Tanto* Dismissal (doc. 20). Upon review of these filings, it is **ORDERED** as follows:

1. All claims joined herein against defendant The Mitchell Company, LLC, are **dismissed without prejudice** on a *pro tanto* basis, pursuant to the terms of the Stipulation and Rule 41(a)(1)(A)(ii), Fed.R.Civ.P. Each party is to bear her or its own costs. The Clerk of Court is directed to **terminate** The Mitchell Company, LLC, as a party defendant. Plaintiff reserves all rights and claims against all other named and potential tortfeasors. This action will proceed as to plaintiff's claims against the remaining defendants, The Edgewood Group Limited Partnership and Cumberland Real Estate Services, Inc.;

2. In light of the Joint Notice of Arbitration Agreement, the pending Motion to Compel Arbitration and Stay Proceedings (doc. 10) is **moot**;

3. The Motion to Stay Proceedings embedded in the Joint Notice (doc. 19) is **granted**, for cause shown. This action is hereby **stayed** as to all remaining claims and parties, pending conclusion of the arbitration proceedings either by settlement or by decision of the arbitrators. To keep the Court apprised of the progress of the arbitration and to

-2-

ensure that this stayed action remains on the civil docket no longer than necessary, plaintiff, Andrea Dixon, is **ordered** to file status reports on a quarterly basis on or before the 4th day of the month (*i.e.*, April 4, 2021, July 4, 2021, October 4, 2021, and so on). Of course, the parties must notify the Court promptly upon conclusion of the arbitration proceedings so that appropriate orders may be entered to effect final disposition of this matter in a timely manner.

DONE and ORDERED this 4th day of January, 2021.

                                                s/ WILLIAM H. STEELE
                                                UNITED STATES DISTRICT JUDGE