## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANDREA DIXON, as Personal Representative of the ESTATE OF MAURICE JACKSON, deceased,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | |
| **THE EDGEWOOD GROUP LIMITED PARTNERSHIP a/k/a THE EDGEWOOD GROUP, LTD, d/b/a EDGEWOOD VILLAS APARTMENTS; and CUMBERLAND REAL ESTATE SERVICES, INC.** | ) ) ) ) ) ) ) ) ) | **CASE No: 1:20-cv-00491-WS-MU** |
| **Defendants.** | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Andrea Dixon, as Personal Representative of the Estate of Maurice Jackson, deceased, and Defendants The Edgewood Group Limited Partnership a/k/a The Edgewood Group, LTD, d/b/a Edgewood Villas Apartments; and Cumberland Real Estate Services, Inc., by and through their undersigned counsel, and hereby jointly stipulate to the dismissal with prejudice of the above-referenced civil action.  Each party agrees to bear their own fees and costs.

Respectfully submitted this 26th day of March, 2021.

45184346 v1

*/s/Charles J. Potts*
Charles J. Potts (POT007)
**BRISKMAN & BINION, P.C.**
Post Office Box 43
Mobile, AL 36601
(251) 433-7600
cpotts@briskman-binion.com

**Counsel for Andrea Dixon**
as Personal Representative of the
Estate of Maurice Jackson, deceased

*/s/Jennifer M. Busby*
Jennifer M. Busby (BUS009)
**BURR & FORMAN LLP**
420 North 20th Street
Suite 3400
Birmingham, AL  35203
(205) 251-3000
GBusby@Burr.com

Counsel for The Edgewood Group Limited Partnership
a/k/a The Edgewood Group, LTD,
d/b/a Edgewood Villas Apartments and
Cumberland Real Estate Services, Inc.