IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANDREA DIXON, as Personal Representative of the ESTATE OF MAURICE JACKSON, deceased,** )<br>)<br>)<br>) | |
| **Plaintiff,** )<br>) | |
| v.  ) | **CIVIL ACTION 20-0491-WS-MU** |
| ) | |
| **THE EDGEWOOD GROUP LIMITED PARTNERSHIP a/k/a THE EDGEWOOD GROUP, LTD, d/b/a EDGEWOOD VILLAS APARTMENTS; and CUMBERLAND REAL ESTATE SERVICES, INC.,** )<br>)<br>)<br>)<br>)<br>)<br>) | |
| **Defendants.** ) | |

## ORDER

This matter comes before the Court on the Joint Stipulation of Dismissal with Prejudice (doc. 22), signed by all remaining parties that have appeared in this action, by and through their respective counsel. The Stipulation reflects that the parties mutually request and consent to the dismissal with prejudice of this action in its entirety, with each side to bear her or its own costs.

Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., a plaintiff may dismiss her action without a court order by filing a stipulation of dismissal signed by all parties that have appeared. The Stipulation satisfies the requirements of Rule 41(a)(1)(A)(ii), and is therefore effective as filed. Accordingly, it is **ordered** that this action is **dismissed with prejudice**, with each party to be responsible for bearing her or its own costs.

DONE and ORDERED this 29th day of March, 2021.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE